

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2021

No. 04-21-00189-CV

**B&E TRUCKING, LLC**,
Appellants

v.

Jackline **ROLLINS**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-16578
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Appellant's brief was due to be filed by July 26, 2021. On August 2, 2021, we sent appellant a notice that its brief had not been timely filed and requested an explanation from appellant by August 12, 2021. Appellant has not filed a brief, motion for extension of time, or explanation. It is therefore ORDERED that appellant file, within seven (7) days of the date of this order, its brief and a written response reasonably explaining: (1) its failure to timely file a brief, and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. If appellant fails to timely file a brief and the written response, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if an appellant fails to comply with a court order).

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of August, 2021.



Michael A. Cruz,
Clerk of Court